United States District Court

Middle District of Florida

Jacksonville Division

CIVIL RIGHTS Complaint

Timothy C. Visage
#098216

Plaintiff

v.

R.E. WOODALL

C. Fisher

C.O.I Jones

E. Crews

Defendants

CASE No

3:16CV1077-J-34PDB



FILED

2016 AUG 24   PM 1:58

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

I.   Place of Present Confinement:

1. Timothy C. Visage #098216

Reception And Medical Center

P.O. Box 628

Lake Butler, Florida 32054

## II.   Jurisdiction & Venue

2.  This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the constitution of the United States.

3.  The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (A)(3).

4. Plaintiff seeks declatory relief pursuant to 28 U.S.C. Section 2201 and 2202.

5. III. The middle District of Florida is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES.

6. Pursuant to 42 U.S.C. § 1997 e(a) Plaintiff has exhausted All Administrative grievance procedure, As well As filing A "Notice of intent to sue" with Dept. of Insurance Division of Risk MANAgment At 200 E. Gaines st. TAllAhassee, FlorıdA 32399

7. Further giving Defendants oppurtunity to settle this suit without court Proceedings. Exhibit "A"

V. Previous Lawsuits

8. Plaintiff has never filed nor been involved in Any State or Federal civil Suit before.

VI. MEDICAL RECORDS

9. Plaintiff has supplied relevant medical records for the courts review. EXHIBIT

VII                    Plaintiff

10. Plaintiff, Timothy C. Visage # 098216
    is And WAS at All times metioned herein
    A prisoner of the State of Florida in
    Custody of the Florida Department of
    Corrections. Plaintiff is currently confied
    in RMC LAKe Butler Florida  32054
        PO. Box 628


VIII          Defendants

1. R.E. WOODALL, is And WAS At All times mentioned
herein the Assistant Warden of Operations At
Columbia Correction Institution MAin unit
216 SE Corrections way LAKe City, Florida 32025.
He is legally responsible for the operations
of Columbia Correctional Institution And for
the welfare of All the inmates in that
Prison.

12 <u>C. Fisher</u> is the Librarian of the Florida Department of Corrections who, At all times mentioned in this Complaint, held the position of Librarian and was assigned to Columbia Correctional Institution at 216 SE Corrections Way Lake City, Florida 32025.

13 <u>C.O.I Jones</u> is A Correctional officer of the Florida Department of Corrections who At all times mentioned in this Complaint, held the rank/position of Education Building/Inmate Library Security Officer On and prior to this filing.

And was assigned to Columbia Correctional Institution At 216 SE Corrections Way Lake City, Fla. 32025

14 E. Crews , is the Maintenance
Supervisor of the Florida Department
of Corrections who, at all times mentioned
in this complaint, held the position of
maintenance Supervisor and was
Assigned to Columbia Correctional Institution
Main Unit at 216 SE Corrections Way
Lake City Fla 32025.

15 Each defendant is sued individually
And in his/her official capacity. At
All times mentioned in this complaint
each defendant Acted under the
Color of State law.

## IX     FACTS

16 On the 4th day of march, 2016 at Approx.
9:40AM Plaintiff was Standing in front of the
entrance to the Inmate law library at
Columbia Correctional Institution main unit
216 SE Corrections Way, Lake City, Fla.
32025.

17. Plaintiff is A Protective Custody inmate housed in A Special housing unit At Columbia Corr. Inst. AS SO plaintiff goes to the general library once a week AS A group of Approx. 25 inmates.

18. The Library itself is APArt of the "Education Building" And is "water cooled" Air conditioning. On the 4th Day of march, 2016 the "cooling System" wasn't working 100% properly causing the Air in the library to become a bit humid.

19. On the 4th day of march, 2016 plaintiff experienced a coughing fit due to the slight humidity And A respitory infection (Flu).

20 Plaintiff is A 50 yr. old with health issues.

21 Plaintiff then went to A open Standard Approx. 42×36 in Sliding window to get some fresh Air, the window was located Almost directly in front of plaintiff it is in A <u>AUTHORISED AREA.</u>

22 Plaintiff upon reaching the open window Again experienced A coughing fit And unconsiously placed his upper right hand on the window Sill to Support himself.

23 Plaintiff Attempted to turn around To seek help from prison staff for some type of assistance, but none was Around.

24 There was Absoultly <u>NO</u> Security Present. The librarians office was too far away.

25 When plaintiff turned to seek help the sliding window slammed shut on Plaintiffs upper right hand with devastating force severly injuring Plaintiffs upper right hand. See Exhibit

26 The right index finger is severed with exposed bone And white meat Along with Plasma and blood coming from wound. Index finger is hanging At a unnatural Angle. SEE EXHIBIT

27 Plaintiff seeks out the defendant C. Fisher And is told he cant help me I must Await the return of security officer Mrs. C.O.I Jones (Defendant)

28 Defendant C.O.I. Jones whom is in charge of Security And Supervision for our protective custody group was not At her post with us.

29  Defendant C.O.I. Jones came after Plaintiff kicked on the connecting door between the library and education building when Defendant C.O.I. Jones finally came. She ordered the Defendant C. Fisher to handle the emergency. So once again Defendant C.O.I. Jones leaves her primary post and leaves a medical emergency in the hands of a librarian.

30 After 10 min. elapsed and still no medical assistance arrives plaintiff is in shock and bleeding profusly. Other inmates once again beat on door to summon defendant C.O.I. Jones.

31 Upon her arrival this time C.O.I Jones contacts the nessesary medical and security personel, and plaintiff is taken to medical.

32 Plaintiff is taken to the Emergency room located in the Medical Building At Columbia Correctional Institution At 216 SE Corrections WAY LAKE City, FLA. 32025.

33 upon Arriving At Medical he is seen by the doctor Owojuyigbe, M.D. who orders A pain Shot And x rays.

34 After x rays the Doctor immediatly Orders plaintiff to be taken to Memorial Hospital in Jacksonville, Florida for reconstructive Surgery.

35 While in the Emergency room and Waiting for Security to get things ready to transport plaintiff. Officers Are Coming by to See the injury and they talk among themselves About how the "Spring loaded locking device" Should never been taken out All the Sliding Windows.

36 Plaintiffs injury required 3 titanium "pins" And multiple sutures to reattach finger and bones. SEE EXHIBIT

37 As a result of this injury plaintiff Suffers permanent disabilities, Including Chronic pain, lameness, And the loss of the use of right index finger As well As the other 3 fingers on right hand.

38 As A result of this injury plaintiffs Quality of life is severly damaged due to being right handed And now having to Slowly convert to being left handed.

39 Plaintiffs quality of life is further damaged by no longer having the Ability to enjoy sports, excersise And to defend himself in a hostle enviroment. which itself further jepordizes plaintiffs quality of life.

40 Since the injury I've spoken with a few other officers who don't want me to use there names, AS well AS the Maintiance inmates who tell me all Windows are like that (Sliding windows)

41 Plaintiff has been transferred due to this litigation And is unable to verify better with names at this time.

## X    Legal Claims

42 Plaintiff realleges and incorprate by reference paragraphs 1 — 42

43 Defendants R.E. Woodall, C. Fisher, C.O.I. Jones, and E. Crews violated plaintiffs rights under the 8th Amendment to the United States Constitution by showing Delibrate Indifference to unsafe Prison Conditions. On And before march 4, 2016.

44 Above named Defendants violated plaintiffs eigth Amendment rights to the United States Constitution and is causing plaintiff pain, suffering, physical injury and emotional distress. On march 4, 2016

45 Above named Defendants violated plaintiffs Due process rights under the fourteenth Amendment to the United States Constitution by subjecting plaintiff to conditions that Atypical And Significant hardship in relation to the ordinary incident Of utilizing A Standard Sliding window to obtain fresh Air while Suffering from A medical need for fresh Air. On march 4, 2016

46  On And prior to the 4th day of march, 2016 Defendant R.E. Woodall disregarded his duty of care by negligently And carelessly

permitting the sliding windows to be improperly and dangerously maintained.

47 Defendant R.E. WOODALL is the Supervisory offical or his office whom acted with deliberate intent, created conditions of substantial risk of serious harm to plaintiff. On March 4, 2016

48 Defendant RE WOODALL had prior knowledge that the manufactors "spring loaded locking device" that saftly holds open the sliding windows in the library and on the rest of the compound had been removed and not replaced with any other safty device. On and before March 4, 2016

49 Defendant R.E. WOODALL in his supervisory capacity knew of the substantial risk from the very fact that risk was obvious as to the removal of a safty device from the windows which promotes unsafe policy

of "Jiggling" the window to keep them open. Most particurlary the window in which injured the plaintiff. On And before march 4, 2016.

50 Defendants R.E. woodall, C. Fisher, C.O.I. Jones And E. crews knew of the obvious dangers of the Altered window in the library And failed to warn plaintiff of the Specific dangers plaintiff may encounter when utilizing the Altered Sliding window. Therefore violating plaintiffs eighth Amendment right to the united states constitution by making him live in unsafe Prison conditions, And knowingly doing so. On march 4, 2016

51 The Above named defendants violated Plaintiffs fourteenth Amendment right to the constitution of the United States by Subjecting plaintiff to conditions that Atypical And significant hardship in relation to the ordinary incident

of utilizing A standard sliding window to obtain fresh Air while suffering from A medical need of fresh Air.

52 Furthermore, whether all of the Above named defendants had requisite knowledge of substantial risk, So As to have duty to protect plaintiff from harm, is question of fact subject to demonstration in usual ways, including inference from circumstantial evidence, And fact finder may conclude that defendants knew of Substantial risk from the very fact risk was obvious once you allow the safty device to be removed And not replaced by Any other safety device.

53 The Plaintiff has no plain, Adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has

And will continue to be the rest of his life irreparably injured by the conduct of the defendants unless this court grants declatory relief.

## XI   Prayer for Relief

54   Wherefore, plaintiff respectfully prays that this court enter judgment granting plaintiff:

55   A declaration that the acts and omissions described herein violated plaintiffs rights under the constitution and laws of the United States.

56   Compensatory damages in the amount of $50,000 against each defendant, jointly and severally.

## XII   VERIFICATION

62   I have read the foregoing complaint And hereby verify that the matters Alleged on information and belief, And, as to those, I believe them to be true.

I certify under penalty of perjury that the foregoing is true And correct.

Executed At
RMC
P.O.BOX 628
Lake Butly FL
32054

Signiture _____

Timothy C. Visage # 0398216

RECEPTION AND MEDICAL CENTER
DATE:_____
INMATE INITIALS:_____

57  Punitive damages in the amount of $50,000 Against each defendant.

58  A jury trial on all issues triable by jury.

59  Plaintiffs cost in this suit.

60  Courts order for bidding defendants the ability to counter sue.

61  Any additional relief this court deems just, proper, and equitable.

Date: 8/22/16

Respectfully Submitted,

Timothy Visage


RECEPTION AND MEDICAL CENTER
DATE:
INMATE INITIALS: